**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 12-21778-CIV-SEITZ/SIMONTON

LOUIS VUITTON MALLETIER, S.A.,

       Plaintiff,

vs.

100WHOLESALE.COM, *et al.*,

       Defendants.

_____/

## ORDER GRANTING SECOND TEMPORARY RESTRAINING ORDER *EX PARTE* AND REFERRING MOTION FOR PRELIMINARY INJUNCTION TO MAGISTRATE JUDGE

THIS CAUSE came before the Court on Plaintiff's Second *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction (the "Second Application for Temporary Restraining Order") against Defendants 382-674,[1] pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65, for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d) [DE-43]. Because Plaintiff has satisfied the requirements for the issuance of a temporary restraining order, the Court will grant Plaintiff's Second Application for Temporary Restraining Order [DE-43] for the reasons discussed below.

### I.      FACTUAL BACKGROUND[2]

1.     Plaintiff manufactures, promotes, distributes, and sells in interstate commerce,

---

[1] Defendants 382-674 are the Partnerships and Unincorporated Associations identified on Schedule "A" hereto.

[2] The factual background is taken from Plaintiff's Second Amended Complaint [de-46], Second Application for Temporary Restraining Order, and supporting evidentiary submissions. Plaintiff filed declarations and exhibits annexed thereto in support of its Second Application for Temporary Restraining Order. The declarations are available in the docket at the following entries: Declaration of Nikolay Livadkin [DE 43-1], Declaration of Stephen M. Gaffigan [DE 43-22], and Declaration of Malerie Maggio [DE 43-25].

including within this judicial district, luxury goods under multiple federally registered trademarks. (*See* Declaration of Nikolay Livadkin in Support of Plaintiff's Second *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Livadkin Decl."] ¶¶ 4-5.)

    2.    Plaintiff is the registered owner of the following trademarks on the Principal Register of the United States Patent and Trademark Office (the "Louis Vuitton Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
|  | 0,297,594 | September 20, 1932 | IC 18 - trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks. |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 | IC 18 - luggage and ladies' handbags. |
| **LV** | 1,519,828 | January 10, 1989 | IC 18 - trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks. |
| **LV** | 1,938,808 | November 28, 1995 | IC 14 - jewelry, watches, and straps for wrist watches. |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| LOUIS VUITTON | 1,990,760 | August 6, 1996 | IC 14 - watches and straps for wrist watches.<br><br>IC 16 - catalogues featuring luggage and travel accessories, bags, small leather goods, and garments; notebooks, anthologies, and pamphlets referring to travel; calendars; telephone indexes; fountain pens, ballpoint pens, nibs, covers for pocket and desk diaries, and checkbook holders.<br><br>IC 18 - trunks; traveling trunks; suitcases; traveling bags; luggage; garment bags for travel; hat boxes for travel; shoe bags for travel; umbrellas; animal carriers; rucksacks; haversacks; leather or textile shopping bags; beach bags; handbags; vanity cases sold empty; attache cases; tote bags, travel satchels; clutch bags; briefcases; wallets; pocket wallets; credit card cases; business card cases; bill and card holders; checkbook holders; key cases; change purses; briefcase-type portfolios.<br><br>IC 24 - travel blankets<br><br>IC 25 - shirts; sweatshirts; polo shirts; T-shirts; headwear; jackets; ties; belts; shawls; scarves. |

3

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| ✦ | 2,177,828 | August 4, 1998 | IC 14 - goods made of precious metals, namely, shoe ornaments, ornamental pins; jewelry, namely, rings, ear rings, cufflinks, bracelets, charms, necklaces; horological  instruments, straps for watches, watches and wrist-watches, and cases for watches.<br><br>IC 18 - goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, and umbrellas.<br><br>IC 25 - clothing and underwear, namely, sweaters, shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, sashes for wear, scarves, neckties, pocket squares, gloves, belts, socks, bath robes, shoes, boots, and sandals. |

4

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
|  | 2,181,753 | August 18, 1998 | IC 014 - goods made of precious metals, namely, shoe ornaments, ornamental pins, jewelry, namely, rings, belt buckles, ear rings, cufflinks, bracelets, charms, necklaces, horological instruments, straps for watches, watches, and wrist-watches, and cases for watches.<br><br>IC 18 - goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas.<br><br>IC 25 - clothing and underwear, namely, sweaters, shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, sashes for wear, scarves, neckties, pocket squares, gloves, belts, socks, bath robes, shoes, boots, and sandals. |
| <br>LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 | IC 18 - goods made of leather or imitations of leather not included in other classes, namely, boxes of leather principally used for travel purposes, trunks, valises, traveling bags, traveling sets for containing cosmetics and jewelry, rucksacks, handbags, beach bags, shopping bags, shoulder bags, brief cases, pouches, fine leather goods namely, pocket wallets, purses, key cases, business card cases, credit card cases, and calling card cases. |
|  | 2,361,695 | June 27, 2000 | IC 25 - Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, and hats. |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
|  | 2,421,618 | January 16, 2001 | IC 018 - Goods made of leather or imitations of leather not included in other classes, namely valises, traveling bags, traveling sets for containing cosmetics, handbags, shopping bags, shoulder bags, brief cases, pouches; fine leather goods, namely, pocket wallets, purses, key cases, business card cases, credit card cases. |
|  | 2,773,107 | October 14, 2003 | IC 14 - Jewelry including rings, belt buckles of precious metals, earrings, cuff links, bracelets, charms, brooches, necklaces, tie pins, ornamental pins, and medallions; horological and chronometric instruments and apparatus, namely, watches, watch cases and clocks; nutcrackers of precious metals; candlesticks of precious metals, jewelry boxes of precious metals.

IC 18: Travel bags, travel bags made of leather; luggage trunks and valises, garment bags for travel, vanity-cases sold empty; rucksacks, shoulder bags, handbags; attache-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases made of leather or of imitation leather; calling card cases made of leather or of imitation leather; key holders made of leather or of imitation leather.

IC 25 - Clothing, namely, underwear, sweaters, shirts, T-shirts, suits, hosiery, belts, scarves, neck ties, shawls, waistcoats, skirts, raincoats, overcoats, suspenders, trousers, jeans, pullovers, frocks, jackets, winter gloves, dress gloves, tights, socks, bathing suits, bath robes, pajamas, night dresses, shorts, pocket squares; highheeled shoes, low-heeled shoes, sandals, boots, and slippers. |
|  | 3,023,930 | December 6, 2005 | IC 09 - Spectacles, sunglasses, and spectacle cases. |
|  | 3,051,235 | January 24, 2006 | IC 09 - Spectacles, sunglasses, and spectacle cases. |

The Louis Vuitton Marks are used in connection with the manufacture and distribution of goods in the categories identified above. (*See* Livadkin Decl. ¶ 4; *see also* Certificates of Registrations for the Louis Vuitton Marks attached as Composite Exhibit A to the Livadkin Decl.)

3.      Defendants 382-674, through the Internet websites operating under the domain names identified on Schedule "A" hereto (the "Group II Subject Domain Names"), have advertised, promoted, offered for sale, and/or sold, at least, handbags, wallets, shoes, belts, scarves, sunglasses, watches, and jewelry bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks. (*See* Livadkin Decl. ¶¶ 12-15.)

4.      Although each Defendant may not copy and infringe each Louis Vuitton Mark for each category of goods protected, Plaintiff has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Louis Vuitton Marks. (*See* Livadkin Decl. ¶¶ 12-15.) Defendants 382-674 are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, and/or colorable imitations of the Louis Vuitton Marks. (*See* Livadkin Decl. ¶ 9.)

5.      Plaintiff retained Investigative Consultants, a licensed private investigative firm, to investigate the sale of counterfeit versions of Plaintiff's products by Defendants 382-674. (*See* Livadkin Decl. ¶ 10; Declaration of Malerie Maggio in Support of Plaintiff's Second *Ex Parte* Application ["Maggio Decl."] ¶ 3.) In June 2012 and July 2012, Malerie Maggio ("Maggio"), an employee of Investigative Consultants, placed orders for the purchase of three wallets, each bearing at least one of the trademarks at issue in this action through the Internet websites operating under the Group II Subject Domain Names **louisvuittonreplicaau.com,**

**louis-vuittonreplicas.org, and louisvuittonreplicaa.com.** (*See* Maggio Decl. ¶ 4 and Composite Exhibit A attached thereto.)

6.      Thereafter, Plaintiff's representative reviewed and visually inspected the web page listings, including images, for the items bearing Plaintiff's trademarks purchased by Maggio and determined the items to be non-genuine versions of Plaintiff's products. (*See* Livadkin Decl. ¶ 12.) Additionally, Plaintiff's representative reviewed and visually inspected the items bearing Plaintiff's trademarks offered for sale through the Internet websites operating under the relevant Group II Subject Domain Names, and determined the products to be non-genuine versions of Plaintiff's products. (*See* Livadkin Decl. ¶¶ 13-15.)

## II.     <u>LEGAL STANDARD</u>

In order to obtain a temporary restraining order, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case). Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition [and] (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

FED. R. CIV. P. 65(b). *Ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as

is necessary to hold a hearing and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameida Cnty, etc.*, 415 U.S. 423, 439 (1974).

### III.   ANALYSIS

The declarations Plaintiff submitted in support of its Second Application for Temporary Restraining Order support the following conclusions of law:

A.     Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by Defendants 382-674's advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, shoes, belts, scarves, sunglasses, watches, jewelry, and related goods bearing counterfeits, reproductions, and/or colorable imitations of the Louis Vuitton Marks, and that the products Defendants 382-674 are selling and promoting are copies of Plaintiff's products that bear copies of the Louis Vuitton Marks on handbags, wallets, shoes, belts, scarves, sunglasses, watches, and jewelry.

B.     Because of the infringement of the Louis Vuitton Marks, Plaintiff is likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Second Amended Complaint, Second Application for Temporary Restraining Order, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers before Defendants 382-674 can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

1.     Defendants 382-674 own or control Internet website businesses and are each part of an illegal enterprise which advertises, promotes, offers for sale, and sells at least handbags, wallets, shoes, belts, scarves, sunglasses, watches, and jewelry bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

9

2.      There is good cause to believe that more counterfeit and infringing products bearing Plaintiff's trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products and an unnatural erosion of the legitimate marketplace in which it operates; and

3.      There is good cause to believe that if Plaintiff proceeds on notice to Defendants 382-674 on this Second Application for Temporary Restraining Order, Defendants 382-674 can easily and quickly transfer the registrations for many of the Group II Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief.

C.      The balance of potential harm to Defendants 382-674 in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation, and goodwill as a manufacturer and distributor of quality products if such relief is not issued; and

D.      The public interest favors issuance of the temporary restraining order in order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of Plaintiff.

**IV.    <u>CONCLUSION</u>**

For the foregoing reasons, it is

**ORDERED AND ADJUDGED** that Plaintiff's Second Application for Temporary Restraining Order for a Temporary Restraining Order is hereby **GRANTED** [DE-43] as follows:

(1)    Each Defendant 382-674, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby temporarily restrained:

    a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

    b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff bearing the Louis Vuitton Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks.

(2)    Each Defendant 382-674, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the Louis Vuitton Marks, or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them, including the Internet websites operating under the Group II Subject Domain Names;

(3)    Each Defendant 382-674, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the Louis Vuitton Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct

computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Group II Subject Domain Names;

(4)     Each Defendant shall not transfer ownership of the Group II Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain name Registrars for the Group II Subject Domain Names are directed to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group II Subject Domain Names;

(6)     Upon Plaintiff's request, the privacy protection service for any Group II Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

(7)     Upon entry of this Order, Plaintiff shall provide a copy of the Order by email to the registrar of record for each of the Group II Subject Domain Names, so that the registrar of record of each of the Group II Subject Domain Names may, in turn, notify each registrant of the Order and provide notice of the locking of the domain name to the registrant of record. After providing such notice to the registrars so the domain names may be locked, Plaintiff shall also provide notice and a copy of this Order to the registrant of each Subject Domain Name via email to the email address provided as part of the domain registration data for each of the Group II Subject Domain Names identified in the Second Application for Temporary Restraining Order. If an email address was not provided as part of the domain registration data for a Subject Domain Name, Plaintiff shall provide notice and a copy of this Order to the operators of the Internet websites via an email address and/or online submission forms provided on the Internet websites operating under such Group II Subject Domain Names. After forty-eight (48) hours have elapsed

12

after the emailing of this Order to the registrars of record and the registrants, Plaintiff shall provide a copy of this Order to the registries for the Group II Subject Domain Names for the purposes described in Paragraph 8, *infra;*

(8)     The domain name Registrars for the Group II Subject Domain Names shall immediately assist in changing the Registrar of record for the Group II Subject Domain Names, excepting any such domain names which such Registrars have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with a Registrar of Plaintiff's choosing (the "New Registrar"). To the extent the Registrars do not assist in changing the Registrars of Record for the domains under their respective control within one (1) business day of receipt of this Order, the top-level domain (TLD) Registries (or their administrators) for the Group II Subject Domain Names, within five (5) business days of receipt of this Order, shall, change or assist in changing, the Registrar of record for the Group II Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with a Registrar of Plaintiff's choosing (the "New Registrar"). As a matter of law, this Order shall no longer apply to any Defendant or associated domain name dismissed from this action. Upon the change of the Registrar of record for the Group II Subject Domain Names, the New Registrar will maintain access to the Group II Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Group II Subject Domain Names to the following Uniform Resource Locator ("URL") **http://servingnotice.com/lvmserp/index.html** whereon copies of the Second Amended Complaint, Second Temporary Restraining Order, and all other documents on file in this action

13

are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Group II Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Second Amended Complaint, Second Temporary Restraining Order, and all other documents on file in this action are displayed.  After the New Registrar has effected this change the Group II Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants 382-674.

      (9)     Plaintiff may enter the Group II Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants 382-674 which redirect traffic to the counterfeit operations to a new domain name or website and thereby evade the provisions of this Order;

      (10)   Each Defendant 382-674 shall preserve copies of all computer files relating to the use of any of the Group II Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Group II Subject Domain Names that may have been deleted before the entry of this Order;

      (11)   This Second Temporary Restraining Order shall remain in effect until the date for the hearing on the Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

      (12)   This Second Temporary Restraining Order shall apply to the Group II Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names

are being used by Defendants 382-674 for the purpose of counterfeiting the Louis Vuitton Marks at issue in this action and/or unfairly competing with Plaintiff on the World Wide;

(13)     Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants 382-674 may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court;

(14)     The Plaintiff's Second Motion for Preliminary Injunction [DE-43] is referred to the Honorable Andrea M. Simonton, United States Magistrate Judge.  **A hearing** is set before Magistrate Judge Andrea M. Simonton in the United States Courthouse located at 301 North Miami Avenue, Miami, Florida 33128, 8th Floor on **August 16, 2012, at 2:00 p.m.,** or at such other time that this Court deems appropriate, at which time Defendants 382-674 and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction;

(15)     Plaintiff shall serve copies of the Second Application for Temporary Restraining Order and this Order and all other pleadings and documents on file in this action on Defendants 382-674 by email as described above and by posting copies of the Second Application for Temporary Restraining Order and this Order on the website located at **http://servingnotice.com/lvmserp/index.html** within forty-eight (48) hours of control of the Group II Subject Domain Names being changed to the Court via the New Registrar's holding account, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants 382-674 by regularly updating the website located at

**http://servingnotice.com/lvmserp/index.html** or by other means reasonably calculated to give notice which is permitted by the Court.

(16)    **Any response or opposition** to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel by **August 14, 2012**, which is forty-eight (48) hours prior to the hearing set for August 16, 2012, and filed with the Court, along with Proof of Service. Plaintiff shall file any **Reply Memorandum** on or before **August 15, 2012**. The above dates may be revised upon stipulation by all parties and approval of this Court. **Defendants 382-674 are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), Fed. R. Civ. P. 65, and this Court's inherent authority.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 6 day of August, 2012 at 2:35 pm.

PATRICIA A. SEITZ
United States District Judge

cc:    Judge Simonton
       All Counsel of Record

16

**SCHEDULE A**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES**

| Defendant Number | Domain Name |
|---|---|
| Defendant 382 | 1854love.net |
| Defendant 382 | alouisvuittonoutlets.net |
| Defendant 382 | alouisvuittonoutlets.org |
| Defendant 382 | outletlouisvuittonn.net |
| Defendant 382 | outletlouisvuittonn.org |
| Defendant 382 | asaclouisvuitton.com |
| Defendant 382 | asacochelouisvuittonfr.net |
| Defendant 382 | sacochelouisvuittonfr.net |
| Defendant 382 | sacochelouisvuittonfr.org |
| Defendant 382 | sacochelouisvuitton-france.com |
| Defendant 382 | asacochelouisvuittonfr.com |
| Defendant 382 | sacochelouisvuittonfrance.com |
| Defendant 382 | bestlouisvuittonoutlet4u.com |
| Defendant 382 | bestlouisvuittonoutlet4u.net |
| Defendant 382 | bolvn.com |
| Defendant 382 | borselvdonna.biz |
| Defendant 382 | borselvdonne.com |
| Defendant 382 | cheaplouisvuittonoutlet4u.org |
| Defendant 382 | cheaplouisvuittonoutlet4u.net |
| Defendant 382 | discountlouisvuittonoutlets.com |
| Defendant 382 | discountlouisvuittonoutlets.net |
| Defendant 382 | discountlouisvuittonoutlets.org |
| Defendant 382 | handbagslouisvuittonoutlets.com |
| Defendant 382 | handbagslouisvuittonoutlets.net |
| Defendant 382 | handbagslouisvuittonoutlets.org |
| Defendant 382 | handbagslouisvuittonoutlett.com |
| Defendant 382 | handbagslouisvuittonoutlett.net |
| Defendant 382 | louisvuittonquick.net |
| Defendant 382 | lenvv.com |
| Defendant 382 | louisvuittonoutlett.net |
| Defendant 382 | llouisvuittonoutlets.net |
| Defendant 382 | louisvuittonbagsoutlett4u.com |
| Defendant 382 | louisvuittonbagsoutlett4u.net |
| Defendant 382 | louisvuittonbagsoutlett4u.org |

| Defendant 382 | louisvuittonbagsoutletu.org |
|---|---|
| Defendant 382 | louisvuittonbagsoutletus.com |
| Defendant 382 | louisvuittonbagsoutletus.net |
| Defendant 382 | louisvuittonborseoutleta.com |
| Defendant 382 | louisvuittonborseoutleta.org |
| Defendant 382 | louisvuittonborseoutlets.org |
| Defendant 382 | louisvuittonborseoutlett.com |
| Defendant 382 | louisvuittonborseoutlett.net |
| Defendant 382 | louisvuittonborseoutlets.com |
| Defendant 382 | louisvuittonborseoutlets.net |
| Defendant 382 | louisvuittonborseoutlet.net |
| Defendant 382 | louisvuittonborseoutleti.com |
| Defendant 382 | louisvuittonborseoutlett.org |
| Defendant 382 | louisvuittonborses.net |
| Defendant 382 | louisvuittonbrasil.com |
| Defendant 382 | louisvuittonbrasils.com |
| Defendant 382 | louisvuittonhandbags-hot.com |
| Defendant 382 | louisvuittonhandbagsoutlet4u.net |
| Defendant 382 | louisvuittonhandbagsoutlet4u.org |
| Defendant 382 | louisvuittonhandbagsoutletu.com |
| Defendant 382 | lovelvs.net |
| Defendant 382 | louisvuittonoutlet4us.org |
| Defendant 382 | louisvuittonbagsoutlet4u.com |
| Defendant 382 | louisvuittonoutletonline4u.org |
| Defendant 382 | louisvuittonoutletonlinei.com |
| Defendant 382 | louisvuittonoutletonlines4u.com |
| Defendant 382 | louisvuittonoutletonlines4u.org |
| Defendant 382 | louisvuittonoutletsale4u.com |
| Defendant 382 | louisvuittonoutletsale4u.net |
| Defendant 382 | louisvuittonoutletsale4u.org |
| Defendant 382 | louisvuittonoutletsalee.net |
| Defendant 382 | louisvuittonoutletsaless.org |
| Defendant 382 | louisvuittonoutletssale.org |
| Defendant 382 | luxurylouisvuitton4u.net |
| Defendant 382 | luxurylouisvuitton4u.org |
| Defendant 382 | luxurylouisvuitton4us.com |
| Defendant 382 | luxurylouisvuitton4us.net |
| Defendant 382 | luxurylouisvuittonoutleta.com |
| Defendant 382 | luxurylouisvuittonoutleta.net |

| | |
|---|---|
| Defendant 382 | luxurylouisvuittonoutletss.org |
| Defendant 382 | luxurylouisvuittonoutletss.com |
| Defendant 382 | luxurylouisvuittonoutletss.net |
| Defendant 382 | lvbagssale.net |
| Defendant 382 | mlouisvuittonoutlet.com |
| Defendant 382 | mlouisvuittonoutlet.net |
| Defendant 382 | mlouisvuittonoutlet.org |
| Defendant 382 | outletbags.org |
| Defendant 382 | replica-louis-vuitton.net |
| Defendant 382 | replica-louisvuittonoutlet.com |
| Defendant 382 | saclouisvuitton4u.com |
| Defendant 382 | saclouisvuitton4u.net |
| Defendant 382 | saclouisvuitton4u.org |
| Defendant 382 | saclouisvuittonn.com |
| Defendant 382 | saclouisvuittonn.net |
| Defendant 382 | saclouisvuittonn.org |
| Defendant 382 | saclouisvuittona.net |
| Defendant 382 | saclouisvuittona.org |
| Defendant 382 | sac-louisvuittonn.com |
| Defendant 382 | sac-louisvuittonn.net |
| Defendant 382 | sac-louisvuittonn.org |
| Defendant 382 | sacslouisvuittonfrr.com |
| Defendant 382 | sacslouisvuittonparis.com |
| Defendant 382 | sacslouisvuittonparis.net |
| Defendant 382 | sacslouisvuittonparis.org |
| Defendant 382 | sacslouisvuittons.com |
| Defendant 382 | sacs-louisvuittons.com |
| Defendant 382 | sacs-louisvuittons.net |
| Defendant 382 | sacslouisvuittons.org |
| Defendant 382 | sacs-louisvuittons.org |
| Defendant 382 | sacs-louisvuittonn.com |
| Defendant 382 | sacs-louisvuittons.biz |
| Defendant 382 | sacslouisvuittons.net |
| Defendant 382 | sacs-louisvuitton.biz |
| Defendant 382 | louisvuittonbagsoutletss.org |
| Defendant 382 | lvout.com |
| Defendant 382 | lvbagsoutlets.org |
| Defendant 382 | alouisvuittonoutlet.org |
| Defendant 382 | louisvuittonbagsoutlett.org |

| | |
|---|---|
| Defendant 382 | speedylvoutlet.com |
| Defendant 382 | speedylvoutlet.net |
| Defendant 382 | speedylvoutlet.org |
| Defendant 382 | clouisvuittonoutlet.com |
| Defendant 382 | clouisvuittonoutlet.net |
| Defendant 382 | clouisvuittonoutlet.org |
| Defendant 382 | sacslouisvuittonfr.net |
| Defendant 382 | sacs-louisvuitton-france.com |
| Defendant 382 | ssacslouisvuittonfr.net |
| Defendant 382 | ssacslouisvuittonfr.org |
| Defendant 382 | sacslouisvuittonfra.com |
| Defendant 382 | louisvuittonoutletstores4u.org |
| Defendant 382 | lvoutletstores.org |
| Defendant 382 | tnsui.com |
| Defendant 383 | ashopkey.com |
| Defendant 383 | bagsteam.com |
| Defendant 383 | bellstime.com |
| Defendant 383 | estorecc.com |
| Defendant 383 | gempackage.com |
| Defendant 383 | hootltd.com |
| Defendant 383 | javoot.com |
| Defendant 383 | lvplaza.com |
| Defendant 383 | kavap.com |
| Defendant 383 | lavoot.com |
| Defendant 383 | lvowner.com |
| Defendant 383 | lvstorecc.com |
| Defendant 383 | mobelts.com |
| Defendant 383 | mvnto.com |
| Defendant 383 | qocopy.com |
| Defendant 383 | pocopy.com |
| Defendant 383 | bagsonsell.com |
| Defendant 383 | tegot.com |
| Defendant 383 | tradebases.com |
| Defendant 383 | brandbases.com |
| Defendant 383 | tuolee.com |
| Defendant 383 | watchesag.com |
| Defendant 383 | watestore.com |
| Defendant 384 | 2012louisvuittonoutletsale.com |
| Defendant 385 | 77bags.com |

| Defendant 386 | 8thstore.com |
| Defendant 387 | achatlouisvuitton.com |
| Defendant 388 | alihigh.com |
| Defendant 389 | allherbags.com |
| Defendant 390 | amoursacs.com |
| Defendant 391 | authenticlouisvuittonofficialsite.com |
| Defendant 392 | authenticlouisvuittonoutlet2012.net |
| Defendant 392 | authenticlouisvuittonoutlet4u.net |
| Defendant 392 | cheapauthenticlouisvuittonoutlet2.com |
| Defendant 392 | louisvuittonbeltsale.net |
| Defendant 392 | louisvuittonofficialwebsite2u.com |
| Defendant 392 | louisvuittonpursesoutletus.net |
| Defendant 393 | azafighting.com |
| Defendant 394 | bagsdig.com |
| Defendant 395 | bagsfight.com |
| Defendant 396 | bagsforofficialwebsite.com |
| Defendant 396 | louisvuittonoutletsgreatsale.com |
| Defendant 396 | bagsoutletonlineshop.com |
| Defendant 396 | bagsshopoutlet.us |
| Defendant 396 | bestlvtimes.com |
| Defendant 396 | colorfulstores.com |
| Defendant 396 | formallouisvuitton.com |
| Defendant 396 | louisvuittonbeltmall.com |
| Defendant 396 | louisvuittonconsignstore.com |
| Defendant 396 | louisvuittonluggageofficialwebsite.com |
| Defendant 396 | louisvuittonoutletonlinesite.com |
| Defendant 396 | officiallouisvuittontimes.com |
| Defendant 396 | discountlouisvuittonstoremall.com |
| Defendant 396 | louisoutletstoreonlineshop.com |
| Defendant 396 | louisvuittonconsignwebsite.com |
| Defendant 396 | louisvuittonluggagemall.com |
| Defendant 396 | louisvuittonoutletsalemall.com |
| Defendant 396 | outletsforlouisvuittonsbag.com |
| Defendant 396 | goodhandbagsforlouisvuitton.com |
| Defendant 396 | louisvuittonhandbagkindom.com |
| Defendant 396 | louisvuittonhandbagskindom.com |
| Defendant 396 | louisvuittonpurseszone.com |
| Defendant 397 | bags-france11.com |
| Defendant 398 | bagsonlinebuy.com |

| Defendant 399 | bags-outlet-onlinesale.com |
|---|---|
| Defendant 400 | bagsray.com |
| Defendant 400 | buybagsray.com |
| Defendant 401 | bags-watch-replica.net |
| Defendant 401 | bags-watch-replica.org |
| Defendant 401 | handbag-base.org |
| Defendant 401 | replica-bags88.com |
| Defendant 402 | bestfendihandbags.com |
| Defendant 403 | besthandbags2sale.com |
| Defendant 403 | replicahandbags-au.com |
| Defendant 404 | boutiquesmalls.com |
| Defendant 404 | louisvuitton1outlet.com |
| Defendant 404 | theauthenticlouisvuitton.com |
| Defendant 404 | byelouisvuittonoutletonline.com |
| Defendant 404 | byelouisvuittonus.com |
| Defendant 404 | authenticlouisvuittonhandbagssale.com |
| Defendant 404 | dreamlouisvuittonoutletonline.com |
| Defendant 404 | dreamluxurylouisvuitton.com |
| Defendant 404 | goodlouisvuittonbagsmall.com |
| Defendant 404 | bestlouisvuittonhandbagsoutlets.com |
| Defendant 404 | bestlouisvuittonshoes.com |
| Defendant 404 | bestlouisvuittonpursesoutlet.com |
| Defendant 404 | bestlouisvuittonpursesoutlets.com |
| Defendant 404 | boutiquesshops.com |
| Defendant 404 | louisvuittononebag.com |
| Defendant 404 | louisvuittonoutletofficialshop.com |
| Defendant 404 | louisvuittonoutletofficialshops.com |
| Defendant 405 | bestlouisvuittonmall.com |
| Defendant 406 | louisvuittonmall-outlet.com |
| Defendant 407 | bestlouisvuittonmart.com |
| Defendant 408 | bnbelts.com |
| Defendant 409 | bolots.com |
| Defendant 410 | borselvsito.com |
| Defendant 411 | outletborselvsito.com |
| Defendant 411 | louisvuittonartsymm-us.net |
| Defendant 411 | louisvuittonartsymm2012.com |
| Defendant 411 | louisvuittonartsymm-usa.net |
| Defendant 411 | louisvuittonartsy-usa.net |
| Defendant 411 | louisvuitton-australia.org |

22

| Defendant 411 | louisvuitton-australia-vip.com |
|---|---|
| Defendant 411 | louisvuitton-australia-online.com |
| Defendant 411 | louisvuitton-australia-vip.net |
| Defendant 411 | louisvuittonbagsonlineuk.com |
| Defendant 411 | louisvuitton-canada.org |
| Defendant 411 | louisvuittoncanadapurses.com |
| Defendant 411 | louisvuittonoutletcanada.net |
| Defendant 411 | louisvuitton-denmark.net |
| Defendant 411 | louisvuitton-denmark.com |
| Defendant 411 | louisvuittonoutlet-jp.com |
| Defendant 411 | louisvuittonoutlet-jp.net |
| Defendant 411 | louisvuittonoutlet-plaza.net |
| Defendant 411 | louisvuittonoutlet-plaza.com |
| Defendant 411 | louisvuittonoutletuk2012.net |
| Defendant 411 | louisvuittonoutletuk2012.org |
| Defendant 411 | louisvuitton-ukingdom.com |
| Defendant 411 | uklvartsymm.com |
| Defendant 411 | uklvartsymm.net |
| Defendant 412 | bowencorp.com |
| Defendant 412 | ofeverquest.com |
| Defendant 413 | buycheaplouisvuittononline.com |
| Defendant 413 | buycheaplouisvuittononline.net |
| Defendant 414 | buy-louisvuittonhandbags.com |
| Defendant 415 | buylouisvuittonhandbagscheap.com |
| Defendant 416 | chaneloutlethot.com |
| Defendant 417 | cheapbeltsstore.com |
| Defendant 417 | cheapbeltsstore.net |
| Defendant 418 | cheapcoolbag.com |
| Defendant 418 | wholesalejewelrybags.com |
| Defendant 418 | wholesalejewelrybagss.org |
| Defendant 419 | cheapdesignerhandbagss.com |
| Defendant 420 | cheap-handbag-outlet.com |
| Defendant 420 | replica-louisvuitton-onsale.com |
| Defendant 421 | cheaphandbagsreplicas.com |
| Defendant 422 | cheaphandbagstrade.com |
| Defendant 423 | cheapknockoffhandbags.net |
| Defendant 423 | cheapknockoffhandbags.org |
| Defendant 424 | cheaplouisvuitton70.com |
| Defendant 424 | cheaplouisvuitton80.com |

| Defendant 424 | cheaplouisvuittonus20.com |
|---|---|
| Defendant 425 | cheaplouisvuittonesale.com |
| Defendant 426 | cheaplouisvuittonhandbagsoutletstore.com |
| Defendant 427 | fashionhandbags2012.com |
| Defendant 428 | cheaplvbagsonline.com |
| Defendant 429 | cheaplvhandbags.us |
| Defendant 429 | favorlouisvuittonbags.com |
| Defendant 430 | cheaplvhandbagsoutlet.net |
| Defendant 431 | onlineoutletbags.org |
| Defendant 432 | cheapreplicahandbagsus.com |
| Defendant 433 | cheapslouisvuitton.net |
| Defendant 434 | cheapstorestrade2012.com |
| Defendant 434 | cheapstorestrade888.com |
| Defendant 434 | viplouisvuitton.com |
| Defendant 435 | chinaonlinesale.net |
| Defendant 436 | chinashopbrands.com |
| Defendant 437 | classicallouisvuittonbuy.com |
| Defendant 437 | lvattractyou.com |
| Defendant 437 | lvinbestpricestore.com |
| Defendant 437 | lvrealiableonline.com |
| Defendant 437 | mallfashionlv.com |
| Defendant 438 | cnreplicalouisvuitton.com |
| Defendant 439 | cntopwholesale.com |
| Defendant 440 | coachspursesforcheap.com |
| Defendant 441 | copyluxury.biz |
| Defendant 442 | copyreplicawatches.com |
| Defendant 443 | cristing.com |
| Defendant 444 | cvcee.com |
| Defendant 445 | cvtoo.com |
| Defendant 446 | designbag4sale.com |
| Defendant 447 | designerimitation-handbags.com |
| Defendant 447 | discountlouisvuittonoutlet4u.com |
| Defendant 448 | designerscarves2u.bz |
| Defendant 449 | discountlouisvuittonsales.com |
| Defendant 449 | eluxurylvbrand.com |
| Defendant 449 | replicalvluggage2012.com |
| Defendant 450 | discountlvlouisvuitton.com |
| Defendant 451 | easytohandbags.com |
| Defendant 451 | easytohandbagss.com |

| Defendant 452 | ebags2u.com |
|---|---|
| Defendant 453 | ebaylouisvuittonbags.com |
| Defendant 454 | edenwatches.net |
| Defendant 455 | elouisvuittonsale.com |
| Defendant 456 | eluxurybagsoutlet.com |
| Defendant 457 | eluxuryon.com |
| Defendant 458 | eluxurytop4bag.com |
| Defendant 459 | factorycoachoutletstore.com |
| Defendant 460 | fakedesigner.net |
| Defendant 461 | fakeknockoffhandbags.com |
| Defendant 462 | fakelouisvuittonsunglasses.com |
| Defendant 463 | fakescoachspurses.net |
| Defendant 464 | fashionlvhandbags.com |
| Defendant 465 | fasttwooutlet.com |
| Defendant 466 | flouisvuittonoutlet.com |
| Defendant 467 | francelvstore.com |
| Defendant 468 | francesaclouisvuitton.com |
| Defendant 468 | louisvuittonsiteofficielfr.com |
| Defendant 469 | frsaclouisvuittonsac.net |
| Defendant 470 | getwatchdiscount.com |
| Defendant 471 | goodchinawholesale.com |
| Defendant 472 | goodscoachhandbag.com |
| Defendant 473 | handbag.vc |
| Defendant 474 | handbagslouis-vuitton.org |
| Defendant 475 | handbagsoutletonlines.com |
| Defendant 475 | handbagsoutletonlines.net |
| Defendant 476 | handbagstoyou.com |
| Defendant 477 | heaven-markets.net |
| Defendant 477 | heaven-markets.org |
| Defendant 478 | high-oreplica-handbags.com |
| Defendant 478 | high-qreplica-handbags.com |
| Defendant 479 | hiwholesalesunglasses.com |
| Defendant 479 | topwholesalein.com |
| Defendant 479 | wholesalesunglassesin.com |
| Defendant 480 | hotporteroluxury.com |
| Defendant 481 | hotshandbags.com |
| Defendant 482 | iknockoffhandbags.com |
| Defendant 483 | ilouisvuittonbags.com |
| Defendant 484 | inspired4bags.com |

| Defendant 484 | monogramcheap.com |
|---|---|
| Defendant 485 | knockoff-online.com |
| Defendant 486 | ladysfields.com |
| Defendant 487 | link-lv.com |
| Defendant 488 | liousvuittonsale.com |
| Defendant 488 | louisvuittonsaleu.com |
| Defendant 489 | lobags.com |
| Defendant 490 | louievuitton.net |
| Defendant 491 | louisbagsale.su |
| Defendant 492 | louisgo.com |
| Defendant 493 | louisok.com |
| Defendant 494 | louissacpascher.com |
| Defendant 495 | louisvuitonsaleoutletuk.com |
| Defendant 495 | replicalouisvuittonluggageus.com |
| Defendant 495 | replicalouisvuittonluggageusa.com |
| Defendant 495 | replicalouisvuittonsaleus.com |
| Defendant 495 | replicalouisvuittonsaleusa.com |
| Defendant 495 | replicaslouisvuittonuk.com |
| Defendant 496 | louisvuitton2012bags.com |
| Defendant 497 | louisvuittonbagsab.com |
| Defendant 497 | louisvuittonbagscheapest.com |
| Defendant 497 | louisvuittonhandbagsab.com |
| Defendant 497 | lvoutletpro.com |
| Defendant 498 | louisvuittonbagsell.com |
| Defendant 499 | louisvuittonbagsonlines.com |
| Defendant 500 | louisvuittonbagsonsale1.net |
| Defendant 501 | louisvuittonbagssale-usa.com |
| Defendant 501 | louisvuittonbagssale-usa.net |
| Defendant 502 | louis-vuitton-bags-store.com |
| Defendant 503 | louisvuittonbags-usa.com |
| Defendant 504 | louisvuittonbrasil.org |
| Defendant 505 | louisvuittoncheaponline.com |
| Defendant 506 | louisvuitton-cheapoutlet.com |
| Defendant 507 | louisvuittonclub1.com |
| Defendant 507 | louisvuittonclub4.com |
| Defendant 507 | louisvuittonclub8.com |
| Defendant 508 | louis-vuitton-for-cheap.com |
| Defendant 508 | louis-vuitton-for-sale.com |
| Defendant 509 | louisvuittonforcheapon.net |

| Defendant 510 | louisvuittonhandbags2012.net |
|---|---|
| Defendant 511 | louisvuittonhandbags-cheap.net |
| Defendant 512 | louisvuittonhandbagscheapsale.com |
| Defendant 512 | louisvuittoncheaphandbagssale.com |
| Defendant 513 | louisvuittonhandbags-for-sale.com |
| Defendant 514 | louisvuittonhandbagsonsale2012.org |
| Defendant 514 | louisvuittonhandbagsonsale-usa.org |
| Defendant 514 | louisvuittonhandbagsusa2012.net |
| Defendant 514 | louisvuitton-handbagsus.net |
| Defendant 514 | louisvuittonhandbagsonsalestore.net |
| Defendant 515 | louisvuittonhandbagssac.com |
| Defendant 516 | louissvuittonshandbagsusa.us |
| Defendant 516 | louisvuittonhandbagsusa.us |
| Defendant 517 | louisvuitton-italy.net |
| Defendant 518 | louis-vuitton-knockoffs-bags.com |
| Defendant 519 | louisvuittonluggagebags.com |
| Defendant 520 | louisvuittonlvfactory.net |
| Defendant 521 | louisvuittonmonogramoutlet.com |
| Defendant 521 | lvusastore.com |
| Defendant 522 | louisvuittonnz.eu |
| Defendant 523 | louisvuittonofficialoutlets2012.com |
| Defendant 524 | louisvuittonofficialwebsite.us |
| Defendant 525 | vuittonshoponlinesaletaschen.com |
| Defendant 525 | louisvuittononlinekaufen.com |
| Defendant 526 | louisvuittononlinen.com |
| Defendant 526 | louisvuittononlinen.org |
| Defendant 526 | louisvuittonoutlet-mi.com |
| Defendant 526 | louisvuittonlines-outlet.com |
| Defendant 526 | louisvuittonoutletusmall.net |
| Defendant 527 | louis-vuitton-onlineshop.com |
| Defendant 527 | louis-vuitton-onlineshop.org |
| Defendant 528 | louisvuitton-online-store.com |
| Defendant 529 | louisvuittonoutlet2014.com |
| Defendant 530 | louisvuittonhandbags-australia.com |
| Defendant 530 | louisvuittonoutlet-australia.net |
| Defendant 531 | louisvuittonoutletax.com |
| Defendant 532 | louisvuittonoutletbagsa.net |
| Defendant 532 | louisvuittonoutletbagsn.com |
| Defendant 532 | louisvuittonoutletbagscanada.com |

| Defendant 533 | louisvuittonoutletcoupon.us |
|---|---|
| Defendant 534 | louisvuittonoutletforu.com |
| Defendant 535 | louissvuittonoutlethandbags.net |
| Defendant 535 | louisvuitton-outlet-handbagsz.net |
| Defendant 536 | louisvuittonoutletli.com |
| Defendant 537 | louisvuittonoutletlover.us |
| Defendant 538 | louisvuittonoutletpurse.com |
| Defendant 538 | bagsshoppingzone.com |
| Defendant 539 | louisvuittonoutletsales.com |
| Defendant 540 | louisvuittonoutletsbag.com |
| Defendant 541 | louisvuittonoutletsiteonline.com |
| Defendant 542 | louisvuitton-outletstore.co |
| Defendant 543 | louisvuittonpackage.org |
| Defendant 544 | louisvuittonpascherde.com |
| Defendant 545 | cheaplvpurse2012.com |
| Defendant 545 | louisvuittonpurse2012.net |
| Defendant 545 | louisvuittonpurses2012.net |
| Defendant 546 | louisvuittonpurses-australia.net |
| Defendant 547 | louisvuittonpursesonline.net |
| Defendant 547 | louisvuittonpurses-online.net |
| Defendant 547 | louisvuittonpurses-online.org |
| Defendant 548 | louisvuittonpurse-outlet.org |
| Defendant 548 | louisvuittonpurses-outlet.org |
| Defendant 549 | louisvuitton-pursesvip.com |
| Defendant 549 | louisvuitton-pursesvip.net |
| Defendant 550 | louisvuittonreplicaa.com |
| Defendant 551 | louisvuittonreplicaau.com |
| Defendant 552 | louisvuittonreplica-bags.com |
| Defendant 553 | louis-vuittonreplicas.net |
| Defendant 553 | replicalouisvuittons.net |
| Defendant 553 | louisvuitton-s.net |
| Defendant 553 | luxury-louisvuitton-bags.com |
| Defendant 553 | needlvhandbags.com |
| Defendant 554 | louis-vuittonreplicas.org |
| Defendant 555 | louisvuittonsacamain.net |
| Defendant 556 | louisvuittonsacenligne.com |
| Defendant 557 | louisvuittonsacoche.biz |
| Defendant 558 | louisvuittonsacsale.com |
| Defendant 559 | louisvuittonsacsonline.com |

| | |
|---|---|
| Defendant 560 | louisvuittonsale.us |
| Defendant 561 | louisvuittonsaleonline.com |
| Defendant 562 | louisvuitton-saleonline.com |
| Defendant 562 | saclouisvuitton-solde.com |
| Defendant 563 | louisvuittonsale-usa.com |
| Defendant 564 | louis-vuitton-shop.it |
| Defendant 565 | louisvuittonshopofficial.com |
| Defendant 566 | louisvuittonstorefr.net |
| Defendant 566 | louisvuittonstorefr.org |
| Defendant 567 | louisvuittontoteoutlet.com |
| Defendant 568 | louisvuitton-v.com |
| Defendant 569 | louisvuittonvintage.com |
| Defendant 570 | louivuitton-bag.com |
| Defendant 571 | louivuittonbags.org |
| Defendant 572 | louivuittonsacs2012.com |
| Defendant 573 | lovershandbags.com |
| Defendant 574 | lovingguccishop.com |
| Defendant 575 | luisvuitton.biz |
| Defendant 576 | lurehandbags.net |
| Defendant 576 | lure-handbags.net |
| Defendant 577 | luxelouis.com |
| Defendant 578 | luxurylouisvuittonshop.com |
| Defendant 579 | luxuryreplicahandbags.net |
| Defendant 580 | lv4shoes.com |
| Defendant 581 | lvbagoutlet.net |
| Defendant 582 | lvbags1854.com |
| Defendant 583 | lvbags2012.net |
| Defendant 584 | louisvuittonpurseswallet.info |
| Defendant 584 | lvbagswalletpurses.info |
| Defendant 585 | lvbagthing.com |
| Defendant 586 | lvhandbagsoutlet-2012.com |
| Defendant 586 | lvhandbagsoutlet2012.org |
| Defendant 587 | lvhandbagsreplicas.com |
| Defendant 587 | lvoutletcheapsale.com |
| Defendant 588 | lvlouisvuitton-bags.com |
| Defendant 589 | lvlouisvuittondeals.com |
| Defendant 590 | lvlouisvuittononline.com |
| Defendant 591 | lvonlinebags.com |
| Defendant 592 | lvoutletluxy.com |

| Defendant 593 | lvoutletsale.net |
| Defendant 593 | uklouisvuittonn.com |
| Defendant 593 | uklvshops.com |
| Defendant 593 | louisvuittonsalesmall.com |
| Defendant 593 | uslouisvuittonstore.net |
| Defendant 594 | lvoutletsale.org |
| Defendant 594 | shoplvoutlets.com |
| Defendant 595 | lv-outlet-store1.com |
| Defendant 596 | lvoutletsus.com |
| Defendant 597 | lv-replica.biz |
| Defendant 598 | lvuittonhandbags.com |
| Defendant 599 | lvuittonoutletonline.com |
| Defendant 600 | lvukhandbag.com |
| Defendant 601 | maxcheaper.com |
| Defendant 601 | milanns.com |
| Defendant 602 | mvpjewellery.com |
| Defendant 602 | mytiffanyjewelry.com |
| Defendant 603 | mxscc.com |
| Defendant 604 | mybagoutlet.com |
| Defendant 605 | mycheapgucci.com |
| Defendant 606 | myhappybags.com |
| Defendant 607 | net-lv.com |
| Defendant 608 | nylouisvuittonbelts.com |
| Defendant 609 | ohtimes.com |
| Defendant 610 | okayuwin.com |
| Defendant 611 | olhand.com |
| Defendant 612 | onlinecheaphandbag.com |
| Defendant 613 | ourslouisvuittonoutletwells.com |
| Defendant 613 | ourslouisvuittonoutletzone.com |
| Defendant 614 | outletlouis-vuitton.com |
| Defendant 614 | outletslouis-vuitton.net |
| Defendant 615 | outletlouis-vuitton.net |
| Defendant 616 | poout.com |
| Defendant 617 | pophandbagsonsale.com |
| Defendant 618 | professionallouisvuitton.com |
| Defendant 619 | remise-sacs.com |
| Defendant 619 | remisesacs-2012.com |
| Defendant 620 | replicabagsin.com |
| Defendant 621 | replica-bagsus.com |

| Defendant 622 | replicabrands.org |
|---|---|
| Defendant 623 | replicacheaplouisvuittonbags.com |
| Defendant 624 | replicahandbagsca.com |
| Defendant 625 | replicahandbagsstock.com |
| Defendant 626 | replica-handbagstore.com |
| Defendant 627 | replicahandbagstore.org |
| Defendant 628 | replicalouisvuitton1854.com |
| Defendant 629 | replicalouisvuittonau.com |
| Defendant 630 | replicalouisvuittonbb.com |
| Defendant 630 | replicalouisvuittonlvbag.com |
| Defendant 631 | replicalouisvuittonluggageoutlet.com |
| Defendant 632 | replicalouisvuittonwholesale.com |
| Defendant 633 | replicalvbagszone.com |
| Defendant 634 | replica-shoppe.com |
| Defendant 635 | replicaslouisvuittoncheap.com |
| Defendant 636 | rmbag.com |
| Defendant 637 | louisvuittonsacc.info |
| Defendant 637 | sac-guccipascher.info |
| Defendant 638 | sacllouisvuitton4y.com |
| Defendant 638 | sacsslouisvuittonfr.com |
| Defendant 639 | saclouisvuitton-france.net |
| Defendant 640 | saclouisvuittonhommes.com |
| Defendant 641 | saclvfrancevendre.com |
| Defendant 641 | saclvmagasin.com |
| Defendant 642 | sacmonogram.com |
| Defendant 643 | sacochelouisvuittonpascher.net |
| Defendant 644 | sacpascher4u.net |
| Defendant 645 | sacsvuitton.com |
| Defendant 646 | frvuittonsacspascher.com |
| Defendant 646 | sacvuittonspeedyprix.com |
| Defendant 646 | chezmaevasavoie.net |
| Defendant 646 | sacvuittonspeedyprix.net |
| Defendant 647 | shoesunglasses.com |
| Defendant 648 | shoptobags.com |
| Defendant 648 | shoptohandbags.com |
| Defendant 649 | shopyop.com |
| Defendant 650 | luckyemall.com |
| Defendant 650 | stylingbags.com |
| Defendant 651 | sunglassesonline2012.net |

| Defendant 651 | usasunglassesoutlet.net |
| Defendant 651 | usasunglassesoutlets.com |
| Defendant 651 | thelouisvuittonoutlets.net |
| Defendant 651 | uslouisvuittonoutlet2u.net |
| Defendant 652 | sunglasshopping.com |
| Defendant 652 | sunglasshopping.net |
| Defendant 653 | taschenhandtaschenshop.com |
| Defendant 654 | thelouisvuittonbagsoutlet.org |
| Defendant 655 | outlets-louisvuitton-bags.com |
| Defendant 655 | toplouisvuittonoutlets-usa.com |
| Defendant 656 | top-luxuryhandbag.com |
| Defendant 657 | topqualitylouisvuitton.com |
| Defendant 658 | topreplicahandbagsbuy.com |
| Defendant 658 | wholesalecheapreplicahandbags.com |
| Defendant 659 | top-replicaluxury.net |
| Defendant 660 | totallypurse.com |
| Defendant 661 | toubay.com |
| Defendant 662 | ucheaplouisvuitton2020.com |
| Defendant 663 | luxshop.su |
| Defendant 664 | eluxurycollections.com |
| Defendant 664 | uk-eluxury.com |
| Defendant 665 | uklouishandbags.com |
| Defendant 666 | ushandbagsoutlets.com |
| Defendant 667 | uslouisvuittonwebsite.net |
| Defendant 668 | vipcheaphandbags.com |
| Defendant 669 | voguefemale.com |
| Defendant 670 | vuittonsoldessac.com |
| Defendant 671 | watchesxx.com |
| Defendant 672 | wholesalefob.com |
| Defendant 673 | younghandbags.com |
| Defendant 674 | zeal-replica.com |