## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 12-21778-CIV-SEITZ/SIMONTON

LOUIS VUITTON MALLETIER, S.A.,

       Plaintiff,

vs.

100WHOLESALE.COM, *et al.*,

       Defendants.

_____/

## AMENDED PRELIMINARY INJUNCTION

THIS CAUSE is before the Court on Plaintiff's Second Application for Entry of Preliminary Injunction (DE 43) and Plaintiff's Motion to Amend the Court's August 23, 2012 Preliminary Injunction to Add New Domains Names (DE 74). For the reasons set forth in the Court's Orders granting the Motions, it is hereby

ORDERED that the August 23, 2012 Preliminary Injunction (DE 63) is amended as follows:

(1)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined:

    a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

    b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff bearing the Louis Vuitton Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks.

(2)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall, until the conclusion of this proceeding, discontinue the use of the Louis Vuitton Marks, or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them, including the Internet websites operating under the Group II Subject Domain Names (Schedule A attached hereto);

(3)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall, until the conclusion of this proceeding, discontinue the use of the Louis Vuitton Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Group II Subject Domain Names;

(4)     Each Defendant shall not transfer ownership of the Group II Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain name Registrars for the Group II Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group II Subject Domain Names;

(6)     Upon Plaintiff's request, the privacy protection service for any Group II Subject Domain Names for which the Registrant uses such privacy protection service to conceal the

Registrant's identity and contact information are ordered, to the extent not already done, to disclose to Plaintiff the true identities and contact information of those Registrants;

(7)     The domain name Registrars for the Group II Subject Domain Names shall, to the extent not already done, assist in changing the Registrar of record for the Group II Subject Domain Names, excepting any such domain names which such Registrars have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with a Registrar of Plaintiff's choosing (the "New Registrar"). To the extent the Registrars do not assist in changing the Registrars of Record for the domains under their respective control within one (1) business day of receipt of this Order, the top-level domain (TLD) Registries (or their administrators) for the Group II Subject Domain Names, within five (5) business days of receipt of this Order, shall, change or assist in changing, the Registrar of record for the Group II Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by Plaintiff have been or will be dismissed from this action, to the New Registrar. As a matter of law, this Order shall no longer apply to any Defendant or associated domain name dismissed from this action. Upon the change of the Registrar of record for the Group II Subject Domain Names, the New Registrar will maintain access to the Group II Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall, to the extent not already done, institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Group II Subject Domain Names to the following Uniform Resource Locator ("URL") **http://servingnotice.com/lvmserp/index.html** whereon copies of the Second Amended Complaint, this Order, and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Group II Subject Domain Names, which link the domain

names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Second Amended Complaint, this Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change the Group II Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants 382-674.

(8) Plaintiff may enter, and continue to enter, the Group II Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants 382-674 which redirect traffic to the counterfeit operations to a new domain name or website and thereby evade the provisions of this Order;

(9) Each Defendant shall preserve, and continue to preserve, copies of all computer files relating to the use of any of the Group II Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Group II Subject Domain Names that may have been deleted before the entry of this Order;

(10) This Order shall apply to the Group II Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants 382-674 for the purpose of counterfeiting the Louis Vuitton Marks at issue in this action and/or unfairly competing with Plaintiff on the World Wide;

(11) Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants 382-674 may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court;

(12)    This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties.

**DONE AND ORDERED** in Miami, Florida, this 30th day of _November_____, 2012.

_____
PATRICIA A. SEITZ
United States District Judge


cc:    All Counsel of Record

## SCHEDULE A
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES

| Defendant Number | Domain Name |
|---|---|
| Defendant 382 | 1854love.net |
| Defendant 382 | alouisvuittonoutlets.net |
| Defendant 382 | alouisvuittonoutlets.org |
| Defendant 382 | outletlouisvuittonn.net |
| Defendant 382 | outletlouisvuittonn.org |
| Defendant 382 | asaclouisvuitton.com |
| Defendant 382 | asacochelouisvuittonfr.net |
| Defendant 382 | sacochelouisvuittonfr.net |
| Defendant 382 | sacochelouisvuittonfr.org |
| Defendant 382 | sacochelouisvuitton-france.com |
| Defendant 382 | asacochelouisvuittonfr.com |
| Defendant 382 | sacochelouisvuittonfrance.com |
| Defendant 382 | bestlouisvuittonoutlet4u.com |
| Defendant 382 | bestlouisvuittonoutlet4u.net |
| Defendant 382 | bolvn.com |
| Defendant 382 | borselvdonna.biz |
| Defendant 382 | borselvdonne.com |
| Defendant 382 | cheaplouisvuittonoutlet4u.org |
| Defendant 382 | cheaplouisvuittonoutlet4u.net |
| Defendant 382 | discountlouisvuittonoutlets.com |
| Defendant 382 | discountlouisvuittonoutlets.net |
| Defendant 382 | discountlouisvuittonoutlets.org |
| Defendant 382 | handbagslouisvuittonoutlets.com |
| Defendant 382 | handbagslouisvuittonoutlets.net |
| Defendant 382 | handbagslouisvuittonoutlets.org |
| Defendant 382 | handbagslouisvuittonoutlett.com |
| Defendant 382 | handbagslouisvuittonoutlett.net |
| Defendant 382 | louisvuittonquick.net |
| Defendant 382 | lenvv.com |
| Defendant 382 | louisvuittonoutlett.net |
| Defendant 382 | llouisvuittonoutlets.net |
| Defendant 382 | louisvuittonbagsoutlett4u.com |
| Defendant 382 | louisvuittonbagsoutlett4u.net |
| Defendant 382 | louisvuittonbagsoutlett4u.org |
| Defendant 382 | louisvuittonbagsoutletu.org |
| Defendant 382 | louisvuittonbagsoutletus.com |

| Defendant 382 | louisvuittonbagsoutletus.net |
|---|---|
| Defendant 382 | louisvuittonborseoutleta.com |
| Defendant 382 | louisvuittonborseoutleta.org |
| Defendant 382 | louisvuittonborseoutlets.org |
| Defendant 382 | louisvuittonborseoutlett.com |
| Defendant 382 | louisvuittonborseoutlett.net |
| Defendant 382 | louisvuittonborseoutlets.com |
| Defendant 382 | louisvuittonborseoutlets.net |
| Defendant 382 | louisvuittonborseoutlet.net |
| Defendant 382 | louisvuittonborseoutleti.com |
| Defendant 382 | louisvuittonborseoutlett.org |
| Defendant 382 | louisvuittonborses.net |
| Defendant 382 | louisvuittonbrasil.com |
| Defendant 382 | louisvuittonbrasils.com |
| Defendant 382 | louisvuittonhandbags-hot.com |
| Defendant 382 | louisvuittonhandbagsoutlet4u.net |
| Defendant 382 | louisvuittonhandbagsoutlet4u.org |
| Defendant 382 | louisvuittonhandbagsoutletu.com |
| Defendant 382 | lovelvs.net |
| Defendant 382 | louisvuittonoutlet4us.org |
| Defendant 382 | louisvuittonbagsoutlet4u.com |
| Defendant 382 | louisvuittonoutletonline4u.org |
| Defendant 382 | louisvuittonoutletonlinei.com |
| Defendant 382 | louisvuittonoutletonlines4u.com |
| Defendant 382 | louisvuittonoutletonlines4u.org |
| Defendant 382 | louisvuittonoutletsale4u.com |
| Defendant 382 | louisvuittonoutletsale4u.net |
| Defendant 382 | louisvuittonoutletsale4u.org |
| Defendant 382 | louisvuittonoutletsalee.net |
| Defendant 382 | louisvuittonoutletsaless.org |
| Defendant 382 | louisvuittonoutletssale.org |
| Defendant 382 | luxurylouisvuitton4u.net |
| Defendant 382 | luxurylouisvuitton4u.org |
| Defendant 382 | luxurylouisvuitton4us.com |
| Defendant 382 | luxurylouisvuitton4us.net |
| Defendant 382 | luxurylouisvuittonoutleta.com |
| Defendant 382 | luxurylouisvuittonoutleta.net |
| Defendant 382 | luxurylouisvuittonoutletss.org |
| Defendant 382 | luxurylouisvuittonoutletss.com |

| | |
|---|---|
| Defendant 382 | luxurylouisvuittonoutletss.net |
| Defendant 382 | lvbagssale.net |
| Defendant 382 | mlouisvuittonoutlet.com |
| Defendant 382 | mlouisvuittonoutlet.net |
| Defendant 382 | mlouisvuittonoutlet.org |
| Defendant 382 | outletbags.org |
| Defendant 382 | replica-louis-vuitton.net |
| Defendant 382 | replica-louisvuittonoutlet.com |
| Defendant 382 | saclouisvuitton4u.com |
| Defendant 382 | saclouisvuitton4u.net |
| Defendant 382 | saclouisvuitton4u.org |
| Defendant 382 | saclouisvuittonn.com |
| Defendant 382 | saclouisvuittonn.net |
| Defendant 382 | saclouisvuittonn.org |
| Defendant 382 | saclouisvuittona.net |
| Defendant 382 | saclouisvuittona.org |
| Defendant 382 | sac-louisvuittonn.com |
| Defendant 382 | sac-louisvuittonn.net |
| Defendant 382 | sac-louisvuittonn.org |
| Defendant 382 | sacslouisvuittonfrr.com |
| Defendant 382 | sacslouisvuittonparis.com |
| Defendant 382 | sacslouisvuittonparis.net |
| Defendant 382 | sacslouisvuittonparis.org |
| Defendant 382 | sacslouisvuittons.com |
| Defendant 382 | sacs-louisvuittons.com |
| Defendant 382 | sacs-louisvuittons.net |
| Defendant 382 | sacslouisvuittons.org |
| Defendant 382 | sacs-louisvuittons.org |
| Defendant 382 | sacs-louisvuittonn.com |
| Defendant 382 | sacs-louisvuittons.biz |
| Defendant 382 | sacslouisvuittons.net |
| Defendant 382 | sacs-louisvuitton.biz |
| Defendant 382 | louisvuittonbagsoutletss.org |
| Defendant 382 | lvout.com |
| Defendant 382 | lvbagsoutlets.org |
| Defendant 382 | alouisvuittonoutlet.org |
| Defendant 382 | louisvuittonbagsoutlett.org |
| Defendant 382 | speedylvoutlet.com |
| Defendant 382 | speedylvoutlet.net |

| | |
|---|---|
| Defendant 382 | speedylvoutlet.org |
| Defendant 382 | clouisvuittonoutlet.com |
| Defendant 382 | clouisvuittonoutlet.net |
| Defendant 382 | clouisvuittonoutlet.org |
| Defendant 382 | sacslouisvuittonfr.net |
| Defendant 382 | sacs-louisvuitton-france.com |
| Defendant 382 | ssacslouisvuittonfr.net |
| Defendant 382 | ssacslouisvuittonfr.org |
| Defendant 382 | sacslouisvuittonfra.com |
| Defendant 382 | louisvuittonoutletstores4u.org |
| Defendant 382 | lvoutletstores.org |
| Defendant 382 | tnsui.com |
| Defendant 382 | authenticchanelbags.org |
| Defendant 382 | authentic-gucci-handbags.com |
| Defendant 382 | authenticlouisvuittonoutlet2013.com |
| Defendant 382 | bag147.com |
| Defendant 382 | bags-2012.com |
| Defendant 382 | bags2wallet.com |
| Defendant 382 | bagsbid.com |
| Defendant 382 | bgnewshow.com |
| Defendant 382 | blackchanelpurse.com |
| Defendant 382 | borsesitoutlet.com |
| Defendant 382 | brandbagonlinestore.com |
| Defendant 382 | buy102.com |
| Defendant 382 | buylouisvuittonsreplica.com |
| Defendant 382 | candybags4u.com |
| Defendant 382 | chanelbagprice.org |
| Defendant 382 | chanelbags2011.org |
| Defendant 382 | chanel-bags-2012.org |
| Defendant 382 | chanel-coco-bags.com |
| Defendant 382 | chanel-on-sale.org |
| Defendant 382 | chaneltotebag.org |
| Defendant 382 | chanel-usa.org |
| Defendant 382 | cheapbagsonline.org |
| Defendant 382 | cheap-handbags-online.org |
| Defendant 382 | cheap-leather-handbags.org |
| Defendant 382 | cheaplvbags.org |
| Defendant 382 | designer-deals.org |
| Defendant 382 | designer-handbags-sale.info |

| Defendant 382 | e-bags-mall.com |
|---|---|
| Defendant 382 | girlbagsshop.com |
| Defendant 382 | gucci-handbags-2012.com |
| Defendant 382 | handbagfans.com |
| Defendant 382 | handbags2012.org |
| Defendant 382 | handbags7a.com |
| Defendant 382 | handbagsa.com |
| Defendant 382 | handbagsshopsales.com |
| Defendant 382 | handtaschen-online-shop.com |
| Defendant 382 | handtassenoutlet.com |
| Defendant 382 | ibags2u.com |
| Defendant 382 | italialvborsa.com |
| Defendant 382 | likethebag.com |
| Defendant 382 | louis-shop-online.com |
| Defendant 382 | louissvuittonnoutlet.com |
| Defendant 382 | louissvuittonoutlets.com |
| Defendant 382 | louisvuittnubags.com |
| Defendant 382 | louisvuittnubags.net |
| Defendant 382 | louisvuittonaonline.com |
| Defendant 382 | louisvuittonborseitaliait.com |
| Defendant 382 | louisvuittonborseoutlet-italia.com |
| Defendant 382 | louisvuittoncabinet.com |
| Defendant 382 | louisvuittoncouk.com |
| Defendant 382 | louisvuittoneonline.net |
| Defendant 382 | louisvuittonhandbagsok.com |
| Defendant 382 | louisvuittonitaliaonline.com |
| Defendant 382 | louis-vuitton-montreal.com |
| Defendant 382 | louis-vuitton-new-zealand.com |
| Defendant 382 | louis-vuitton-nz.com |
| Defendant 382 | louis-vuitton-san-francisco.com |
| Defendant 382 | louisvuittonsold.com |
| Defendant 382 | louis-vuitton-sydney.com |
| Defendant 382 | louisvuittonsydney.org |
| Defendant 382 | louisvuittontonline.com |
| Defendant 382 | louisvuittontoronto.com |
| Defendant 382 | louis-vuitton-vancouver.com |
| Defendant 382 | lovelywiz.com |
| Defendant 382 | lovetheshoes.info |
| Defendant 382 | lvcoo.com |

| | |
|---|---|
| Defendant 382 | miumiubags.eu |
| Defendant 382 | mycloshow.net |
| Defendant 382 | mydiscountbag.net |
| Defendant 382 | my-discount-bags.com |
| Defendant 382 | outlet-louisvuitton-vendita.com |
| Defendant 382 | pradabags2012.com |
| Defendant 382 | pursesfly.com |
| Defendant 382 | queen-handbags.com |
| Defendant 382 | replicalouisvuitton-s.com |
| Defendant 382 | replica-shoes-bags.com |
| Defendant 382 | replicaslouisvuittons.net |
| Defendant 382 | shoesbagsstore.com |
| Defendant 382 | shopbargainbags.com |
| Defendant 382 | thelouisvuittonitalia.com |
| Defendant 382 | uggforsale2012.com |
| Defendant 382 | vogueinstore.com |
| Defendant 382 | www-swissreplicaswatch.com |
| Defendant 382 | yvessaintlaurentbags.eu |
| Defendant 383 | ashopkey.com |
| Defendant 383 | bagsteam.com |
| Defendant 383 | bellstime.com |
| Defendant 383 | *DISMISSED* |
| Defendant 383 | gempackage.com |
| Defendant 383 | hootltd.com |
| Defendant 383 | javoot.com |
| Defendant 383 | lvplaza.com |
| Defendant 383 | kavap.com |
| Defendant 383 | lavoot.com |
| Defendant 383 | lvowner.com |
| Defendant 383 | lvstorecc.com |
| Defendant 383 | mobelts.com |
| Defendant 383 | mvnto.com |
| Defendant 383 | qocopy.com |
| Defendant 383 | pocopy.com |
| Defendant 383 | bagsonsell.com |
| Defendant 383 | tegot.com |
| Defendant 383 | tradebases.com |
| Defendant 383 | brandbases.com |
| Defendant 383 | *DISMISSED* |

| | |
|---|---|
| Defendant 383 | watchesag.com |
| Defendant 383 | watestore.com |
| Defendant 384 | 2012louisvuittonoutletsale.com |
| Defendant 385 | 77bags.com |
| Defendant 386 | 8thstore.com |
| Defendant 387 | achatlouisvuitton.com |
| Defendant 388 | alihigh.com |
| Defendant 389 | allherbags.com |
| Defendant 390 | amoursacs.com |
| Defendant 391 | authenticlouisvuittonofficialsite.com |
| Defendant 392 | authenticlouisvuittonoutlet2012.net |
| Defendant 392 | authenticlouisvuittonoutlet4u.net |
| Defendant 392 | cheapauthenticlouisvuittonoutlet2.com |
| Defendant 392 | louisvuittonbeltsale.net |
| Defendant 392 | louisvuittonofficialwebsite2u.com |
| Defendant 392 | louisvuittonpursesoutletus.net |
| Defendant 393 | azafighting.com |
| Defendant 394 | bagsdig.com |
| Defendant 395 | bagsfight.com |
| Defendant 396 | bagsforofficialwebsite.com |
| Defendant 396 | louisvuittonoutletsgreatsale.com |
| Defendant 396 | bagsoutletonlineshop.com |
| Defendant 396 | bagsshopoutlet.us |
| Defendant 396 | bestlvtimes.com |
| Defendant 396 | colorfulstores.com |
| Defendant 396 | formallouisvuitton.com |
| Defendant 396 | louisvuittonbeltmall.com |
| Defendant 396 | louisvuittonconsignstore.com |
| Defendant 396 | louisvuittonluggageofficialwebsite.com |
| Defendant 396 | louisvuittonoutletonlinesite.com |
| Defendant 396 | officiallouisvuittontimes.com |
| Defendant 396 | discountlouisvuittonstoremall.com |
| Defendant 396 | louisoutletstoreonlineshop.com |
| Defendant 396 | louisvuittonconsignwebsite.com |
| Defendant 396 | louisvuittonluggagemall.com |
| Defendant 396 | louisvuittonoutletsalemall.com |
| Defendant 396 | outletsforlouisvuittonsbag.com |
| Defendant 396 | goodhandbagsforlouisvuitton.com |
| Defendant 396 | louisvuittonhandbagkindom.com |

| | |
|---|---|
| Defendant 396 | louisvuittonhandbagskindom.com |
| Defendant 396 | louisvuittonpurseszone.com |
| Defendant 397 | bags-france11.com |
| Defendant 398 | bagsonlinebuy.com |
| Defendant 399 | bags-outlet-onlinesale.com |
| Defendant 400 | bagsray.com |
| Defendant 400 | buybagsray.com |
| Defendant 401 | bags-watch-replica.net |
| Defendant 401 | bags-watch-replica.org |
| Defendant 401 | handbag-base.org |
| Defendant 401 | replica-bags88.com |
| Defendant 402 | bestfendihandbags.com |
| Defendant 403 | besthandbags2sale.com |
| Defendant 403 | replicahandbags-au.com |
| Defendant 404 | boutiquesmalls.com |
| Defendant 404 | louisvuitton1outlet.com |
| Defendant 404 | theauthenticlouisvuitton.com |
| Defendant 404 | byelouisvuittonoutletonline.com |
| Defendant 404 | byelouisvuittonus.com |
| Defendant 404 | authenticlouisvuittonhandbagssale.com |
| Defendant 404 | dreamlouisvuittonoutletonline.com |
| Defendant 404 | dreamluxurylouisvuitton.com |
| Defendant 404 | goodlouisvuittonbagsmall.com |
| Defendant 404 | bestlouisvuittonhandbagsoutlets.com |
| Defendant 404 | bestlouisvuittonshoes.com |
| Defendant 404 | bestlouisvuittonpursesoutlet.com |
| Defendant 404 | bestlouisvuittonpursesoutlets.com |
| Defendant 404 | boutiquesshops.com |
| Defendant 404 | louisvuittononebag.com |
| Defendant 404 | louisvuittonoutletofficialshop.com |
| Defendant 404 | louisvuittonoutletofficialshops.com |
| Defendant 405 | bestlouisvuittonmall.com |
| Defendant 406 | louisvuittonmall-outlet.com |
| Defendant 407 | bestlouisvuittonmart.com |
| Defendant 408 | bnbelts.com |
| Defendant 409 | bolots.com |
| Defendant 410 | borselvsito.com |
| Defendant 411 | outletborselvsito.com |
| Defendant 411 | louisvuittonartsymm-us.net |

| Defendant 411 | louisvuittonartsymm2012.com |
| Defendant 411 | louisvuittonartsymm-usa.net |
| Defendant 411 | louisvuittonartsy-usa.net |
| Defendant 411 | louisvuitton-australia.org |
| Defendant 411 | louisvuitton-australia-vip.com |
| Defendant 411 | louisvuitton-australia-online.com |
| Defendant 411 | louisvuitton-australia-vip.net |
| Defendant 411 | louisvuittonbagsonlineuk.com |
| Defendant 411 | louisvuitton-canada.org |
| Defendant 411 | louisvuittoncanadapurses.com |
| Defendant 411 | louisvuittonoutletcanada.net |
| Defendant 411 | louisvuitton-denmark.net |
| Defendant 411 | louisvuitton-denmark.com |
| Defendant 411 | louisvuittonoutlet-jp.com |
| Defendant 411 | louisvuittonoutlet-jp.net |
| Defendant 411 | louisvuittonoutlet-plaza.net |
| Defendant 411 | louisvuittonoutlet-plaza.com |
| Defendant 411 | louisvuittonoutletuk2012.net |
| Defendant 411 | louisvuittonoutletuk2012.org |
| Defendant 411 | louisvuitton-ukingdom.com |
| Defendant 411 | uklvartsymm.com |
| Defendant 411 | uklvartsymm.net |
| Defendant 412 | bowencorp.com |
| Defendant 412 | ofeverquest.com |
| Defendant 413 | buycheaplouisvuittononline.com |
| Defendant 413 | buycheaplouisvuittononline.net |
| Defendant 414 | buy-louisvuittonhandbags.com |
| Defendant 415 | buylouisvuittonhandbagscheap.com |
| Defendant 416 | chaneloutlethot.com |
| Defendant 417 | cheapbeltsstore.com |
| Defendant 417 | cheapbeltsstore.net |
| Defendant 418 | cheapcoolbag.com |
| Defendant 418 | wholesalejewelrybags.com |
| Defendant 418 | wholesalejewelrybagss.org |
| Defendant 419 | cheapdesignerhandbagss.com |
| Defendant 420 | cheap-handbag-outlet.com |
| Defendant 420 | replica-louisvuitton-onsale.com |
| Defendant 421 | cheaphandbagsreplicas.com |
| Defendant 422 | cheaphandbagstrade.com |

| | |
|---|---|
| Defendant 423 | cheapknockoffhandbags.net |
| Defendant 423 | cheapknockoffhandbags.org |
| Defendant 424 | cheaplouisvuitton70.com |
| Defendant 424 | cheaplouisvuitton80.com |
| Defendant 424 | cheaplouisvuittonus20.com |
| Defendant 425 | cheaplouisvuittonsale.com |
| Defendant 426 | cheaplouisvuittonhandbagsoutletstore.com |
| Defendant 427 | fashionhandbags2012.com |
| Defendant 428 | cheaplvbagsonline.com |
| Defendant 429 | cheaplvhandbags.us |
| Defendant 429 | favorlouisvuittonbags.com |
| Defendant 430 | cheaplvhandbagsoutlet.net |
| Defendant 431 | onlineoutletbags.org |
| Defendant 432 | cheapreplicahandbagsus.com |
| Defendant 433 | cheapslouisvuitton.net |
| Defendant 434 | cheapstorestrade2012.com |
| Defendant 434 | cheapstorestrade888.com |
| Defendant 434 | viplouisvuitton.com |
| Defendant 435 | chinaonlinesale.net |
| Defendant 436 | chinashopbrands.com |
| Defendant 437 | classicallouisvuittonbuy.com |
| Defendant 437 | lvattractyou.com |
| Defendant 437 | lvinbestpricestore.com |
| Defendant 437 | lvrealiableonline.com |
| Defendant 437 | mallfashionlv.com |
| Defendant 438 | cnreplicalouisvuitton.com |
| Defendant 439 | cntopwholesale.com |
| Defendant 440 | coachspursesforcheap.com |
| Defendant 441 | copyluxury.biz |
| Defendant 442 | copyreplicawatches.com |
| Defendant 443 | cristing.com |
| Defendant 444 | *DISMISSED* |
| Defendant 445 | cvtoo.com |
| Defendant 446 | designbag4sale.com |
| Defendant 447 | designerimitation-handbags.com |
| Defendant 447 | discountlouisvuittonoutlet4u.com |
| Defendant 448 | designerscarves2u.bz |
| Defendant 449 | discountlouisvuittonsales.com |
| Defendant 449 | eluxurylvbrand.com |

| Defendant 449 | replicalvluggage2012.com |
|---|---|
| Defendant 450 | discountlvlouisvuitton.com |
| Defendant 451 | easytohandbags.com |
| Defendant 451 | easytohandbagss.com |
| Defendant 452 | ebags2u.com |
| Defendant 453 | ebaylouisvuittonbags.com |
| Defendant 454 | edenwatches.net |
| Defendant 455 | elouisvuittonsale.com |
| Defendant 456 | eluxurybagsoutlet.com |
| Defendant 457 | eluxuryon.com |
| Defendant 458 | eluxurytop4bag.com |
| Defendant 459 | factorycoachoutletstore.com |
| Defendant 460 | fakedesigner.net |
| Defendant 461 | fakeknockoffhandbags.com |
| Defendant 462 | fakelouisvuittonsunglasses.com |
| Defendant 463 | fakescoachspurses.net |
| Defendant 464 | fashionlvhandbags.com |
| Defendant 465 | fasttwooutlet.com |
| Defendant 466 | flouisvuittonoutlet.com |
| Defendant 467 | francelvstore.com |
| Defendant 468 | francesaclouisvuitton.com |
| Defendant 468 | louisvuittonsiteofficielfr.com |
| Defendant 469 | frsaclouisvuittonsac.net |
| Defendant 470 | getwatchdiscount.com |
| Defendant 471 | goodchinawholesale.com |
| Defendant 472 | goodscoachhandbag.com |
| Defendant 473 | handbag.vc |
| Defendant 474 | handbagslouis-vuitton.org |
| Defendant 475 | handbagsoutletonlines.com |
| Defendant 475 | handbagsoutletonlines.net |
| Defendant 476 | handbagstoyou.com |
| Defendant 477 | heaven-markets.net |
| Defendant 477 | heaven-markets.org |
| Defendant 478 | high-oreplica-handbags.com |
| Defendant 478 | high-qreplica-handbags.com |
| Defendant 479 | hiwholesalesunglasses.com |
| Defendant 479 | topwholesalein.com |
| Defendant 479 | wholesalesunglassesin.com |
| Defendant 480 | hotporteroluxury.com |

| Defendant 481 | hotshandbags.com |
|---|---|
| Defendant 482 | iknockoffhandbags.com |
| Defendant 483 | ilouisvuittonbags.com |
| Defendant 484 | inspired4bags.com |
| Defendant 484 | monogramcheap.com |
| Defendant 485 | knockoff-online.com |
| Defendant 486 | ladysfields.com |
| Defendant 487 | link-lv.com |
| Defendant 488 | liousvuittonsale.com |
| Defendant 488 | louisvuittonsaleu.com |
| Defendant 489 | *DISMISSED* |
| Defendant 490 | louievuitton.net |
| Defendant 491 | louisbagsale.su |
| Defendant 492 | louisgo.com |
| Defendant 493 | louisok.com |
| Defendant 494 | louissacpascher.com |
| Defendant 495 | louisvuitonsaleoutletuk.com |
| Defendant 495 | replicalouisvuittonluggageus.com |
| Defendant 495 | replicalouisvuittonluggageusa.com |
| Defendant 495 | replicalouisvuittonsaleus.com |
| Defendant 495 | replicalouisvuittonsaleusa.com |
| Defendant 495 | replicaslouisvuittonuk.com |
| Defendant 496 | louisvuitton2012bags.com |
| Defendant 497 | louisvuittonbagsab.com |
| Defendant 497 | louisvuittonbagscheapest.com |
| Defendant 497 | louisvuittonhandbagsab.com |
| Defendant 497 | lvoutletpro.com |
| Defendant 498 | louisvuittonbagsell.com |
| Defendant 499 | louisvuittonbagsonlines.com |
| Defendant 500 | louisvuittonbagsonsale1.net |
| Defendant 501 | louisvuittonbagssale-usa.com |
| Defendant 501 | louisvuittonbagssale-usa.net |
| Defendant 502 | louis-vuitton-bags-store.com |
| Defendant 503 | louisvuittonbags-usa.com |
| Defendant 504 | louisvuittonbrasil.org |
| Defendant 505 | louisvuittoncheaponline.com |
| Defendant 506 | louisvuitton-cheapoutlet.com |
| Defendant 507 | louisvuittonclub1.com |
| Defendant 507 | louisvuittonclub4.com |

| | |
|---|---|
| Defendant 507 | louisvuittonclub8.com |
| Defendant 508 | louis-vuitton-for-cheap.com |
| Defendant 508 | louis-vuitton-for-sale.com |
| Defendant 509 | louisvuittonforcheapon.net |
| Defendant 510 | louisvuittonhandbags2012.net |
| Defendant 511 | louisvuittonhandbags-cheap.net |
| Defendant 512 | louisvuittonhandbagscheapsale.com |
| Defendant 512 | louisvuittoncheaphandbagssale.com |
| Defendant 513 | louisvuittonhandbags-for-sale.com |
| Defendant 514 | louisvuittonhandbagsonsale2012.org |
| Defendant 514 | louisvuittonhandbagsonsale-usa.org |
| Defendant 514 | louisvuittonhandbagsusa2012.net |
| Defendant 514 | louisvuitton-handbagsus.net |
| Defendant 514 | louisvuittonhandbagsonsalestore.net |
| Defendant 515 | louisvuittonhandbagssac.com |
| Defendant 516 | louissvuittonshandbagsusa.us |
| Defendant 516 | louisvuittonhandbagsusa.us |
| Defendant 517 | louisvuitton-italy.net |
| Defendant 518 | louis-vuitton-knockoffs-bags.com |
| Defendant 519 | louisvuittonluggagebags.com |
| Defendant 520 | louisvuittonlvfactory.net |
| Defendant 521 | louisvuittonmonogramoutlet.com |
| Defendant 521 | lvusastore.com |
| Defendant 522 | louisvuittonnz.eu |
| Defendant 523 | louisvuittonofficialoutlets2012.com |
| Defendant 524 | louisvuittonofficialwebsite.us |
| Defendant 525 | vuittonshoponlinesaletaschen.com |
| Defendant 525 | louisvuittononlinekaufen.com |
| Defendant 526 | louisvuittononlinen.com |
| Defendant 526 | louisvuittononlinen.org |
| Defendant 526 | louisvuittonoutlet-mi.com |
| Defendant 526 | louisvuittonlines-outlet.com |
| Defendant 526 | louisvuittonoutletusmall.net |
| Defendant 527 | louis-vuitton-onlineshop.com |
| Defendant 527 | louis-vuitton-onlineshop.org |
| Defendant 528 | louisvuitton-online-store.com |
| Defendant 529 | louisvuittonoutlet2014.com |
| Defendant 530 | louisvuittonhandbags-australia.com |
| Defendant 530 | louisvuittonoutlet-australia.net |

| Defendant 531 | louisvuittonoutletax.com |
|---|---|
| Defendant 532 | louisvuittonoutletbagsa.net |
| Defendant 532 | louisvuittonoutletbagsn.com |
| Defendant 532 | louisvuittonoutletbagscanada.com |
| Defendant 533 | louisvuittonoutletcoupon.us |
| Defendant 534 | louisvuittonoutletforu.com |
| Defendant 535 | louissvuittonoutlethandbags.net |
| Defendant 535 | louisvuitton-outlet-handbagsz.net |
| Defendant 536 | louisvuittonoutletli.com |
| Defendant 537 | louisvuittonoutletlover.us |
| Defendant 538 | louisvuittonoutletpurse.com |
| Defendant 538 | bagsshoppingzone.com |
| Defendant 539 | louisvuittonoutletsales.com |
| Defendant 540 | louisvuittonoutletsbag.com |
| Defendant 541 | louisvuittonoutletsiteonline.com |
| Defendant 542 | louisvuitton-outletstore.co |
| Defendant 543 | louisvuittonpackage.org |
| Defendant 544 | louisvuittonpascherde.com |
| Defendant 545 | cheaplvpurse2012.com |
| Defendant 545 | louisvuittonpurse2012.net |
| Defendant 545 | louisvuittonpurses2012.net |
| Defendant 546 | louisvuittonpurses-australia.net |
| Defendant 547 | louisvuittonpursesonline.net |
| Defendant 547 | louisvuittonpurses-online.net |
| Defendant 547 | louisvuittonpurses-online.org |
| Defendant 548 | louisvuittonpurse-outlet.org |
| Defendant 548 | louisvuittonpurses-outlet.org |
| Defendant 549 | louisvuitton-pursesvip.com |
| Defendant 549 | louisvuitton-pursesvip.net |
| Defendant 550 | louisvuittonreplicaa.com |
| Defendant 551 | louisvuittonreplicaau.com |
| Defendant 552 | louisvuittonreplica-bags.com |
| Defendant 553 | louis-vuittonreplicas.net |
| Defendant 553 | replicalouisvuittons.net |
| Defendant 553 | louisvuitton-s.net |
| Defendant 553 | luxury-louisvuitton-bags.com |
| Defendant 553 | needlvhandbags.com |
| Defendant 554 | louis-vuittonreplicas.org |
| Defendant 555 | louisvuittonsacamain.net |

| | |
|---|---|
| Defendant 556 | louisvuittonsacenligne.com |
| Defendant 557 | louisvuittonsacoche.biz |
| Defendant 558 | louisvuittonsacsale.com |
| Defendant 559 | louisvuittonsacsonline.com |
| Defendant 560 | louisvuittonsale.us |
| Defendant 561 | louisvuittonsaleonline.com |
| Defendant 562 | louisvuitton-saleonline.com |
| Defendant 562 | saclouisvuitton-solde.com |
| Defendant 563 | louisvuittonsale-usa.com |
| Defendant 564 | louis-vuitton-shop.it |
| Defendant 565 | louisvuittonshopofficial.com |
| Defendant 566 | louisvuittonstorefr.net |
| Defendant 566 | louisvuittonstorefr.org |
| Defendant 567 | louisvuittontoteoutlet.com |
| Defendant 568 | louisvuitton-v.com |
| Defendant 569 | louisvuittonvintage.com |
| Defendant 570 | louivuitton-bag.com |
| Defendant 571 | louivuittonbags.org |
| Defendant 572 | louivuittonsacs2012.com |
| Defendant 573 | lovershandbags.com |
| Defendant 574 | lovingguccishop.com |
| Defendant 575 | luisvuitton.biz |
| Defendant 576 | lurehandbags.net |
| Defendant 576 | lure-handbags.net |
| Defendant 577 | luxelouis.com |
| Defendant 578 | luxurylouisvuittonshop.com |
| Defendant 579 | luxuryreplicahandbags.net |
| Defendant 580 | lv4shoes.com |
| Defendant 581 | lvbagoutlet.net |
| Defendant 582 | lvbags1854.com |
| Defendant 583 | lvbags2012.net |
| Defendant 584 | louisvuittonpurseswallet.info |
| Defendant 584 | lvbagswalletpurses.info |
| Defendant 585 | lvbagthing.com |
| Defendant 586 | lvhandbagsoutlet-2012.com |
| Defendant 586 | lvhandbagsoutlet2012.org |
| Defendant 587 | lvhandbagsreplicas.com |
| Defendant 587 | lvoutletcheapsale.com |
| Defendant 588 | lvlouisvuitton-bags.com |

20

| | |
|---|---|
| Defendant 589 | lvlouisvuittondeals.com |
| Defendant 590 | lvlouisvuittononline.com |
| Defendant 591 | lvonlinebags.com |
| Defendant 592 | lvoutletluxy.com |
| Defendant 593 | lvoutletsale.net |
| Defendant 593 | uklouisvuittonn.com |
| Defendant 593 | uklvshops.com |
| Defendant 593 | louisvuittonsalesmall.com |
| Defendant 593 | uslouisvuittonstore.net |
| Defendant 594 | lvoutletsale.org |
| Defendant 594 | shoplvoutlets.com |
| Defendant 595 | lv-outlet-store1.com |
| Defendant 596 | lvoutletsus.com |
| Defendant 597 | lv-replica.biz |
| Defendant 598 | lvuittonhandbags.com |
| Defendant 599 | lvuittonoutletonline.com |
| Defendant 600 | lvukhandbag.com |
| Defendant 601 | maxcheaper.com |
| Defendant 601 | milanns.com |
| Defendant 602 | mvpjewellery.com |
| Defendant 602 | *DISMISSED* |
| Defendant 603 | mxscc.com |
| Defendant 604 | mybagoutlet.com |
| Defendant 605 | mycheapgucci.com |
| Defendant 606 | myhappybags.com |
| Defendant 607 | net-lv.com |
| Defendant 608 | nylouisvuittonbelts.com |
| Defendant 609 | ohtimes.com |
| Defendant 610 | okayuwin.com |
| Defendant 611 | olhand.com |
| Defendant 612 | onlinecheaphandbag.com |
| Defendant 613 | ourslouisvuittonoutletwells.com |
| Defendant 613 | ourslouisvuittonoutletzone.com |
| Defendant 614 | outletlouis-vuitton.com |
| Defendant 614 | outletslouis-vuitton.net |
| Defendant 615 | outletlouis-vuitton.net |
| Defendant 616 | poout.com |
| Defendant 617 | pophandbagsonsale.com |
| Defendant 618 | professionallouisvuitton.com |

| Defendant 619 | remise-sacs.com |
|---|---|
| Defendant 619 | remisesacs-2012.com |
| Defendant 620 | replicabagsin.com |
| Defendant 621 | replica-bagsus.com |
| Defendant 622 | replicabrands.org |
| Defendant 623 | replicacheaplouisvuittonbags.com |
| Defendant 624 | replicahandbagsca.com |
| Defendant 625 | replicahandbagsstock.com |
| Defendant 626 | replica-handbagstore.com |
| Defendant 627 | replicahandbagstore.org |
| Defendant 628 | replicalouisvuitton1854.com |
| Defendant 629 | replicalouisvuittonau.com |
| Defendant 630 | replicalouisvuittonbb.com |
| Defendant 630 | replicalouisvuittonlvbag.com |
| Defendant 631 | replicalouisvuittonluggageoutlet.com |
| Defendant 632 | replicalouisvuittonwholesale.com |
| Defendant 633 | replicalvbagszone.com |
| Defendant 634 | replica-shoppe.com |
| Defendant 635 | replicaslouisvuittoncheap.com |
| Defendant 636 | rmbag.com |
| Defendant 637 | louisvuittonsacc.info |
| Defendant 637 | sac-guccipascher.info |
| Defendant 638 | sacllouisvuitton4y.com |
| Defendant 638 | sacsslouisvuittonfr.com |
| Defendant 639 | saclouisvuitton-france.net |
| Defendant 640 | saclouisvuittonhommes.com |
| Defendant 641 | saclvfrancevendre.com |
| Defendant 641 | saclvmagasin.com |
| Defendant 642 | sacmonogram.com |
| Defendant 643 | sacochelouisvuittonpascher.net |
| Defendant 644 | sacpascher4u.net |
| Defendant 645 | sacsvuitton.com |
| Defendant 646 | frvuittonsacspascher.com |
| Defendant 646 | sacvuittonspeedyprix.com |
| Defendant 646 | chezmaevasavoie.net |
| Defendant 646 | sacvuittonspeedyprix.net |
| Defendant 647 | shoesunglasses.com |
| Defendant 648 | shoptobags.com |
| Defendant 648 | shoptohandbags.com |

| | |
|---|---|
| Defendant 649 | shopyop.com |
| Defendant 650 | luckyemall.com |
| Defendant 650 | stylingbags.com |
| Defendant 651 | sunglassesonline2012.net |
| Defendant 651 | usasunglassesoutlet.net |
| Defendant 651 | usasunglassesoutlets.com |
| Defendant 651 | thelouisvuittonoutlets.net |
| Defendant 651 | uslouisvuittonoutlet2u.net |
| Defendant 652 | sunglasshopping.com |
| Defendant 652 | sunglasshopping.net |
| Defendant 653 | taschenhandtaschenshop.com |
| Defendant 654 | thelouisvuittonbagsoutlet.org |
| Defendant 655 | outlets-louisvuitton-bags.com |
| Defendant 655 | toplouisvuittonoutlets-usa.com |
| Defendant 656 | top-luxuryhandbag.com |
| Defendant 657 | topqualitylouisvuitton.com |
| Defendant 658 | topreplicahandbagsbuy.com |
| Defendant 658 | wholesalecheapreplicahandbags.com |
| Defendant 659 | top-replicaluxury.net |
| Defendant 660 | totallypurse.com |
| Defendant 661 | toubay.com |
| Defendant 662 | ucheaplouisvuitton2020.com |
| Defendant 663 | luxshop.su |
| Defendant 664 | eluxurycollections.com |
| Defendant 664 | uk-eluxury.com |
| Defendant 665 | uklouishandbags.com |
| Defendant 666 | ushandbagsoutlets.com |
| Defendant 667 | uslouisvuittonwebsite.net |
| Defendant 668 | vipcheaphandbags.com |
| Defendant 669 | voguefemale.com |
| Defendant 670 | vuittonsoldessac.com |
| Defendant 671 | watchesxx.com |
| Defendant 672 | wholesalefob.com |
| Defendant 673 | younghandbags.com |
| Defendant 674 | zeal-replica.com |